1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  *Counsel for Lead Plaintiff Urešomir Čorak*

6  [Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CLEVLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ANTHERA PHARMACEUTICALS, INC., PAUL F. TRUEX, CRAIG THOMPSON, MAY LIU and WILLIAM SHANAHAN,<br><br>Defendants. | Case No.: 3:17-cv-00715-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING PLEADING AND BRIEFING SCHEDULE**<br><br>Courtroom: 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-2 and 7-12, Lead Plaintiff Urešomir Čorak ("Plaintiff") and defendants Anthera Pharmaceuticals, Inc., Paul F. Truex, Craig Thompson, May Liu, and William Shanahan ("Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to set the pleading and briefing schedule in the above-captioned action.

WHEREAS, on February 13, 2017, Brian Clevlen filed a complaint captioned *Brian Clevlen v. Anthera Pharmaceuticals, Inc., Paul F. Truex, Craig Thompson, May Liu, and William Shanahan*, No. 3:17-cv-00715-RS (the "Action"), a purported class action under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") alleging violations of the federal securities laws;

WHEREAS, on March 10, 2017, the Court entered an order (Dkt. No. 14) approving the Parties' joint stipulation extending Defendants' time to respond to the complaint, vacating the Order Setting Initial Case Management Conference and ADR Deadlines entered by the Court on February 14, 2017 (Dkt. No. 4), continuing all dates and deadlines pending disposition on Defendants' anticipated motion(s) to dismiss, and ordering that the Initial Case Management Conference shall be held thirty (30) days after an order directing Defendants to file an answer (if any), or as soon as possible thereafter consistent with the Court's schedule;

WHEREAS, on April 17, 2017, pursuant to the PSLRA, Plaintiff filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel (Dkt. No. 16);

WHEREAS, on May 18, 2017, the Court entered an order (Dkt. No. 21) appointing Plaintiff as lead plaintiff; and approving Plaintiff's selection of Levi & Korsinsky LLP as lead counsel; and

WHEREAS, the Parties continue to believe that, because the PSLRA stays all discovery, including initial disclosures, pending the disposition of motions to dismiss in securities actions such as this one, it is appropriate to defer the initial case management conference and the completion of initial disclosures until the lead plaintiff has filed a consolidated amended complaint, Defendants have had the opportunity to file any motion to dismiss, and the Court has ruled on Defendants' anticipated motion to dismiss. *See, e.g.*, *Medhekar v. United States Dist. Court*, 99 F.3d 325, 328-29 (9th Cir. 1996) (holding Fed. R. Civ. P. 26(a)'s initial disclosure requirements are disclosures

or other proceedings for purposes of PSLRA's stay provision, and must be stayed pending disposition of motion to dismiss);

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, as follows:

1. Defendants need not answer, move against or otherwise respond to the complaint in the Action until Plaintiff files or designates an operative complaint;

2. Plaintiff shall file an Amended Complaint, which will function as the operative complaint, or designate an existing complaint as the operative complaint, on or before July 17, 2017;

3. Defendants shall answer, move against, or otherwise respond to the operative complaint on or before September 15, 2017;

4. If Defendants move to dismiss the operative complaint, Plaintiff shall file any opposition papers on or before November 15, 2017;

5. If Plaintiff files opposition papers, Defendants shall file any reply papers on or before December 15, 2017;

6. This Stipulation is entered into without prejudice to any party seeking any interim relief;

7. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses; and

8. The Parties do not seek to stipulate to the foregoing schedule for the purpose of delay, and the proposed dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

/ / /

/ / /

3
STIPULATION AND [PROPOSED] ORDER
SETTING PLEADING AND BRIEFING SCHEDULE

Case No. 3:17-cv-00715-RS

WHEREFORE, the Parties respectfully request that this Court issue an order granting the Parties' request to set a pleading and briefing schedule and related deadlines as set forth herein.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: June 1, 2017  **LEVI & KORSINSKY LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Fax: (415) 484-1294

Shannon L. Hopkins (*to be admitted pro hac vic*e)
Stephanie A. Bartone (*to be admitted pro hac vic*e)
**LEVI & KORSINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: sbartone@zlk.com

*Counsel for Lead Plaintiff Urešomir Čorak*

Michael T. Jones (SBN 290660)
*mjones@goodwinlaw.com*
Lloyd Winawer (SBN 157823)
*lwinawer@goodwinlaw.com*
Nicholas A. Reider (SBN 296440)
*nreider@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: (650) 752-3100
Fax: (650) 853-1038

*Counsel for Defendants*

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas

* * *

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 6/5, 2017

HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE