1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  *Counsel for Lead Plaintiff Urešomir Čorak*

6  [Additional counsel appear on signature page.]

7

8                 **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  BRIAN CLEVLEN, individually and on behalf of all others similarly situated, | Case No.: 3:17-cv-00715-RS |
| 12                     Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P.** |
| 13  v. | **41(a)(1)(A)(i)** |
| 14  ANTHERA PHARMACEUTICALS, INC., PAUL F. TRUEX, CRAIG THOMPSON, MAY LIU and WILLIAM SHANAHAN, | |
| 15 | |
| 16                     Defendants. | |

1  PLEASE TAKE NOTICE that Lead Plaintiff Urešomir Čorak files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Defendants have not filed an Answer or moved for summary judgment.  A class has not been certified.  Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.  This dismissal is without prejudice.

Respectfully submitted,

Dated: July 17, 2017            **LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
    Rosemary M. Rivas
    44 Montgomery Street, Suite 650
    San Francisco, CA 94104
    Tel: (415) 291-2420
    Fax: (415) 484-1294

    Shannon L. Hopkins
    **LEVI & KORSINSKY, LLP**
    733 Summer Street, Suite 304
    Stamford, CT 06901
    Tel: (203) 992-4523
    Fax: (212) 363-7171
    Email: shopkins@zlk.com

*Counsel for Lead Plaintiff Urešomir Čorak*